1  **SULAIMAN LAW GROUP, LTD.**
   Alexander J. Taylor (Cal. Bar No. 332334)
2  2500 South Highland Avenue
   Suite 200
3  Lombard, Illinois 60148
   Telephone: (630) 575-8181
4  Facsimile: (630) 575-8188
   ataylor@sulaimanlaw.com
5  *Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLYNN H. PRUNER,<br><br>     Plaintiff,<br><br>     v.<br><br>USCB, INC. d/b/a/ USCB AMERICA,<br><br>     Defendant. | Case No. 8:21-cv-00300-DOC-KES<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Charlynn H. Pruner, and Defendant, USCB, Inc. d/b/a USCB America, through their respective counsel and pursuant to Federal Rule of Civil Procedure 41, that the above-captioned case be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED: June 11, 2021                                       Respectfully submitted,

/s/ Alexander J. Taylor                                    /s/ Patricio Esquivel (with consent)
Alexander J. Taylor, Esq.                                  Patricio Esquivel, Esq.
Sulaiman Law Group, Ltd.                                   SBN: 163775
2500 S. Highland Ave., Ste. 200                            USCB, Inc.
Lombard, Illinois 60148                                    355 S. Grand Avenue, 32nd Floor
Phone: (630) 575-8181                                      Los Angeles, CA 90071
Fax: (630) 575-8188                                        TEL (480) 467-2360
ataylor@sulaimanlaw.com                                    E-MAIL: pesquivel@uscbinc.com
*Counsel for Plaintiff*                                    *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on June 11, 2021, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requesting electronic notification.

*s/ Alexander J. Taylor*
Alexander J. Taylor, Esq.