JS-6

**SULAIMAN LAW GROUP, LTD.**
Alexander J. Taylor (Cal. Bar No. 332334)
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com
*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLYNN H. PRUNER,<br><br>Plaintiff,<br><br>v.<br><br>USCB, INC. d/b/a/ USCB AMERICA,<br><br>Defendant. | Case No. 8:21-cv-00300-DOC-KES<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Charlynn H. Pruner, and Defendant, USCB, Inc. d/b/a USCB America, through counsel, having filed their Stipulation of Dismissal with Prejudice, and this Court having reviewed the same, hereby ORDERED:

1. The stipulation is approved. The case is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated:  June 17, 2021

*[signature: David O. Carter]*
Hon. David O. Carter
United States District Judge

1